# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Jorge-Salgado, | No. CV-26-02181-PHX-MTL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, | |
| Respondent. | |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and arguing his detention is prolonged and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 3.) In their response, Respondents state:

> Undersigned counsel is unable to ascertain sufficient facts to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondent does not oppose Petitioner's request for release at this time.

(Doc. 11.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **granted** as to his *Zadvydas* claim.

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from DHS custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within two days of releasing Petitioner.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 29th day of April, 2026.

_____

Michael T. Liburdi
United States District Judge